JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARMEN A. V., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | No. CV 21-4092-DSF (PLA) <br><br> **JUDGMENT** |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of defendant, the Commissioner of Social Security Administration, is affirmed consistent with the Memorandum Opinion.

DATED: December 5, 2022

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE